CATHERINE A. WARD, as Administratrix of the Estate of JOHN H. WARD, Deceased, Respondent, *v.* TERRY AND TENCH CONSTRUCTION COMPANY, Appellant.

*Ward.*v. *Terry & Tench Construction Co.*, 118 App. Div. 80, affirmed. (Argued September 30, 1907: decided October 15, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered March 15, 1907, which modified and affirmed as modified an order of Special Term granting a motion for leave to amend the summons and complaint in an action to recover for the death of plaintiff's intestate alleged to have been caused by defendant's negligence.

The following question was certified: "Did the court have power, under the facts disclosed by the papers on appeal herein filed in this court, to make the order heretofore made and entered herein in the office of the clerk of the county of New York on the 9th day of November, 1906?"

*William J. Moran* and *Frank Verner Johnson* for appellant.

*I. Newton Williams* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.